UNITED STATES DISTRICT COURT
DISTRICT OF WISCONSIN
COURT FILE NO.: 16-CV-00082

Joseph E. Stensland,

    Plaintiff(s),

v.

American Coradius International LLC,

National Collegiate Student Loan Trust,

    Defendant(s).

**ORDER**

## ORDER FOR DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without fees or costs with prejudice, but with the right, upon good cause shown within seventy (70) days, to reinstate the action if settlement is not consummated.

DATE: March 8, 2016

_Barbara B. Crabb_
~~Magistrate Judge Stephen L. Crocker~~
Barbara B. Crabb